**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 13-47144 |
|---|---|
| Jasmine Jackson | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/09/2013.

2) The plan was confirmed on 03/31/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/19/2015.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,098.17 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,098.17

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,148.44 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $468.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,617.23

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A R C DeKalb LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,000.00 | 908.78 | 908.78 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 0.00 | 0.00 | 566.75 | 566.75 | 79.75 |
| AMERICREDIT FINANCIAL SVC | Secured | 9,275.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 3,569.00 | 10,646.62 | 10,646.62 | 0.00 | 0.00 |
| Anew Dental and Orthodontics | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| Cadence Health | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,608.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 9,825.00 | 14,546.26 | 13,705.00 | 3,728.63 | 3,191.60 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 3,880.00 | 0.00 | 841.26 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 50.00 | 260.00 | 260.00 | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| City of Naperville | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,200.00 | 930.24 | 930.24 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| Doctors Immediate Care | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Eden's Garden | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts INC | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts INC | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts INC | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts INC | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Home Medical Express | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,618.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 5,160.37 | 5,160.37 | 0.00 | 0.00 |
| Kishwaukee Community Hospital | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| Laboratory Physicians | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 787.00 | 822.78 | 822.78 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERV | Secured | 2,012.00 | 4,239.04 | 2,312.00 | 842.12 | 72.09 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONTEREY FINANCIAL SERV | Unsecured | 1,148.00 | 703.32 | 2,630.36 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 22,773.00 | 23,976.55 | 23,976.55 | 0.00 | 0.00 |
| Paul Caputo Sr., D.D.S | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,640.00 | 2,061.66 | 2,061.66 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 1,026.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 1,026.00 | 1,026.33 | 1,026.33 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 657.00 | 657.88 | 657.88 | 0.00 | 0.00 |
| R & B Receivables MANA | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 7,000.00 | 26,079.30 | 26,079.30 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Unsecured | NA | 3,614.66 | 3,614.66 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| The Pediatric Faculty Foundation | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,912.00 | 4,953.33 | 4,953.33 | 0.00 | 0.00 |
| Valley Emergency Care Managemen | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Wellness First Chiropractic | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| West Central Anesthesiology Group | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Winfield Laboratory Consultants, SC | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,271.75 | $4,295.38 | $3,271.35 |
| All Other Secured | $2,312.00 | $842.12 | $72.09 |
| **TOTAL SECURED:** | **$16,583.75** | **$5,137.50** | **$3,343.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,500.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,500.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,770.12** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,617.23 |
| Disbursements to Creditors | $8,480.94 |
| **TOTAL DISBURSEMENTS :** | **$11,098.17** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/12/2016                               By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**